Judgment of resentence, Supreme Court, New York County (Melissa C. Jackson, J.), rendered April 29, 2015, convicting defendant of violation of probation, revoking a prior sentence of three years’ probation imposed on February 4, 2014, and resentencing defendant to a jail term of one year, unanimously reversed, on the law, and the matter remanded for a new hearing on the violation of probation.
 

 Defendant was found to be in violation of probation based upon his failure to satisfy a condition requiring him to complete anger management treatment. However, defendant was not given an opportunity to be heard prior to the court’s initial determination (CPL 410.70). While the court subsequently allowed defendant to speak, it did not conduct a sufficient inquiry into whether defendant sought in good faith to comply with programming directives, but was prevented, as he contends, from doing so primarily by circumstances outside his control (see People v Bowman, 73 AD2d 921 [2d Dept 1980]).
 

 In light of these procedural errors, the matter is remanded for a new hearing on the violation of probation.
 

 We have considered the People’s remaining arguments and find them unavailing.
 

 Concur — Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.